### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

ADAM FIGUEROA                                                                                          PLAINTIFF

VERSUS                                                                         CIVIL ACTION NO. 4:12-CV-126-JMV

OAKES AUTOMOTIVE, INC. D/B/A TOYOTA OAKES                              DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

THIS matter having come before the Court on motion, *ore tenus*, of the Plaintiff, Adam Figueroa to dismiss this action with prejudice and the Court, having been fully advised in the premises and counsel for Defendant having no objection thereto, finds that this matter should be dismissed with prejudice with each party to bear their own costs.

IT IS THEREFORE, ORDERED AND ADJUDGED, that this action is hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the 3rd day of March, 2014.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE

AGREED TO:

/s/ Bennie L. Richard
BENNIE L. RICHARD, MSB# 10743
Attorney for Plaintiff, Adam Figueroa

/s/ Patrick H. Zachary
PATRICK H. ZACHARY, MSB# 6674
Attorney for Defendant,
Oakes Automotive, Inc.